Lynn Hubbard, III, SBN 69773
Scottlynn J Hubbard, IV, SBN 212970
**DISABLED ADVOCACY GROUP, APLC**
12 Williamsburg Lane
Chico, CA 95926
Telephone: (530) 895-3252
Facsimile: (530) 894-8244

Attorney for Plaintiff


Jesse Sullivan, SBN 225932
Christian Stouder, SBN 149821
**HAIGHT BROWN & BONESTEEL LLP**
71 Stevenson Street, 20th Floor
San Francisco, CA 94105
Telephone: (415) 546-7500
Facsimile: (415) 546-7505

Attorney for Defendant
PNS Stores, Inc.

THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Lary Feezor, | No. 2:10-cv-00899-JAM-CMK |
| Plaintiff, | |
| vs. | **Stipulation to Amend Plaintiff's Complaint and Order Thereon** |
| Pic N Save Corporation, *et al*, | |
| Defendants. | |

*Feezor v. Pic N Save Corporation, et al.*,                     Case No. 2:10-cv-00899-JAM-CMK
Stipulation to Amend the Complaint
- 1 -

PDF created with pdfFactory trial version www.pdffactory.com

1     The parties, subject to approval of the Court, stipulate as follows:

2     1. On April 14, 2010, plaintiff brought this action concerning alleged violations of the Americans With Disabilities Acts and related California Statutes against the Big Lots #04105 ("Big Lots") and the property surrounding it located at 8001 West Lane in Stockton, California.

    2. Following the filing of this action, plaintiff was informed that Pic N Save Corporation has no control over the subject Big Lots store or the property on which it is located.

    3. Plaintiff seeks leave of the Court to file his Second Amended Complaint in order to name the property owner, West Lane Properties, Inc., and the property manager, Metzger Management Company, who are responsible for the exterior of the Big Lots facility.

    4. Attached hereto as Exhibit A is a true and correct copy of Plaintiff's Proposed Second Amended Complaint.

    5. Defendant PNS Stores, Inc. shall not be required to file an Answer to the Second Amended Complaint; its initial answer shall be deemed responsive.

Dated: September 15, 2010    DISABLED ADVOCACY GROUP, APLC

    */s/ Lynn Hubbard, III*
    LYNN HUBBARD, III
    Attorney for Plaintiff

Dated: September 14, 2010    HAIGHT BROWN & BONESTEEL LLP

    */s/ Jesse Sullivan*
    JESSE SULLIVAN
    Attorney for Defendant
    PNS Stores, Inc.

PDF created with pdfFactory trial version www.pdffactory.com

1
2
## ORDER

**GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED THAT**:

1. Plaintiff is granted leave to file his Second Amended Complaint pursuant to the parties' stipulation.

2. Defendant PNS Stores, Inc. shall not be required to file an Answer to the Second Amended Complaint; its initial answer shall be deemed responsive.

Date:  September 15, 2010        /s/ John A. Mendez_____
                                 UNITED STATES DISTRICT JUDGE

PDF created with pdfFactory trial version www.pdffactory.com