```
Cris C. Vaughan, Esq., SBN  99568
VAUGHAN & ASSOCIATES
6207 South Walnut Street, Suite 800
Loomis, CA  95650
Telephone:  916-660-9401
Facsimile:  916-660-9378

Attorney for West Lane Properties, Inc. and Metzger
Management Company

Lynn Hubbard, III, Esq., SBN 69773
Scottlyn J. Hubbard, IV, Esq.  SBN 212970
DISABLED ADVOCACY GROUP, APLC
12 Williamsburg Lane
Chico, CA  95926
Telephone:  530-895-3252
Facsimile:  530-894-8244

Attorney for Plaintiff Lary Feezor
```

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LARY FEEZOR,<br><br>         Plaintiff,<br><br>    vs.<br><br>PNS STORES, INC. dba BIG LOTS #04105; WEST LANE PROPERTIES, INC.; METZGER MANAGEMENT COMPANY,<br><br>         Defendants. | Case No. **2:10-cv-00899-JAM-CMK**<br><br>STIPULATION RE: EXTENSION OF TIME UNTIL DECEMBER 29, 2010 FOR DEFENDANTS TO RESPOND TO COMPLAINT AND ORDER |

 Pursuant to Local Rule 144, Plaintiff Lary Feezor and Defendants, West Lane Properties, Inc. and Metzger Management Company by and through their respective attorneys of record, Lynn Hubbard, III and Cris C. Vaughan, stipulate as follows:

STIPULATION RE: EXTENSION OF TIME - 1

1. No extension of time has been previously obtained.
2. This Defendant is granted an extension until December 29, 2010 to respond or otherwise plead to Plaintiff's complaint.
3. This Defendant's response will be due no later than December 29, 2010.

IT IS SO STIPULATED effective as of December 9, 2010.

Dated:   December 9, 2010     /s/ Cris C. Vaughan   _
                              Cris C. Vaughan,
                              Attorney for Defendants,
                              West Lane Properties,
                              Inc. and Metzger
                              Management Company


Dated:   December 10, 2010    /s/ Lynn Hubbard, III
                              Lynn Hubbard, III
                              Attorney for Plaintiff,
                              Lary Feezor

**IT IS SO ORDERED.**


Dated:12/10/2010
                              /s/ John A. Mendez_____
                              U.S. District Court Judge

STIPULATION RE: EXTENSION OF TIME - 2