1  LYNN HUBBARD III, SBN 69773
   SCOTTLYNN J HUBBARD IV, SBN 212970
2  DISABLED ADVOCACY GROUP, APLC
   12 Williamsburg Lane
3  Chico, CA 95926
   Telephone: (530) 895-3252
4  Facsimile: (530) 894-8244

5  Attorneys for Plaintiff

6

7  CRIS C. VAUGHAN, SBN 99568
   VAUGHAN & ASSOCIATES
   6207 South Walnut Street, Suite 800
8  Loomis, CA 95650
   Telephone: (916) 660-9401
9  Facsimile: (916) 660-9378

10 Attorneys for Defendants
   WEST LANE PROPERTIES, LLC and
11 METZGER MANAGEMENT COMPANY

12

13                   UNITED STATES DISTRICT COURT

14                   EASTERN DISTRICT OF CALIFORNIA

15

16 LARY FEEZOR,                          Case No. 2:10-CV-00899-JAM-CMK

17      Plaintiff,
                                         STIPULATION FOR DISMISSAL OF
18 v.                                    DEFENDANTS WEST LANE
                                         PROPERTIES, INC. and METZGER
19 PNS STORES, INC., et al.,             MANAGEMENT COMPANY and
                                         ORDER THEREON
20      Defendants.
                                    /
21

22

23

24

25

26

27

28

TO THE COURT AND TO ALL PARTIES:

Plaintiff, LARY FEEZOR, and defendants, WEST LANE PROPERTIES, INC. (who answered plaintiff's complaint as Westlane Properties, LLC) and METZGER MANAGEMENT COMPANY, stipulate to and jointly request that this Court enter a dismissal with prejudice of plaintiff's complaint in the above-entitled action pursuant to Fed. R. Civ. P. 41(a)(2) **as to WEST LANE PROPERTIES, INC. and METZGER MANAGEMENT COMPANY** *only*.

Nothing in this dismissal shall be construed to affect plaintiffs' complaint and claims against defendants other than **WEST LANE PROPERTIES, INC. and METZGER MANAGEMENT COMPANY**.

Dated: May 20, 2011          DISABLED ADVOCACY GROUP, APLC

                              */s/  Lynn Hubbard III*
                              LYNN HUBBARD III
                              Attorney for Plaintiff LARY FEEZOR

Dated: May 20, 2011          VAUGHAN & ASSOCIATES

                              */s/  Cris C. Vaughan*
                              CRIS C. VAUGHAN
                              Attorney for Defendants WEST LANE
                              PROPERTIES, INC. and METZGER
                              MANAGEMENT COMPANY

**ORDER**

IT IS HEREBY ORDERED that the complaint of plaintiff, USDC Case No. 2:10-cv-00899-JAM-CMK, is hereby dismissed with prejudice as to defendants WEST LANE PROPERTIES, INC. and METZGER MANAGEMENT COMPANY.

Dated: 5/23/2011             /s/ John A. Mendez
                              United States District Court Judge